UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARYANN GUISTO and JERRY GUISTO, <br><br> Plaintiffs, <br><br> – against – <br><br> STRYKER CORPORATION, HOWMEDICA OSTEONICS CORPORATION and STRYKER ORTHOPEDIC CORPORATION <br><br> Defendants. | ORDER <br><br> 12-CV-2489 <br><br> FILED <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br> ★ JUL 23 2013 ★ <br> BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Plaintiffs' second motion for reconsideration is denied. There is no adequate basis for reconsideration. A notice of appeal has been filed. *See* ECF No. 82, 87. This court is without jurisdiction to consider plaintiffs' appeal.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: July 22, 2013
Brooklyn, New York